# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO

CR 08 0392

UNITED STATES OF AMERICA,

v.

MARCEL ANTONIO GILTON

**PJH**

DEFENDANT.

## INDICTMENT

Title 18, U.S.C. § 1001(a)(3) - Use of False Document
Title 18, U.S.C. § 1028A(a)(1) - Aggravated Identity Theft

_____INDICT_____
A true bill.

_____
Foreman

Filed in open court this __12__ day of __June 2008__

_____
Clerk

Bail. $ No bail arrest warrant



AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

1. 18 U.S.C. 1001(a)(3) Use of a False Document
2. 18 U.S.C. 1028A(a)(1) Aggravated Identity Theft

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
1. 5 years imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment
2. 2 years imprisonment (mandatory minimum & consecutive to any other term), $250,000 fine, 1 year supervised release, $100 special assessment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**DEFENDANT - U.S**
▶ MARCEL ANTONIO GILTON

DISTRICT COURT NUMBER
CR 08 0392 PJH

FILED
08 JUN 12 PM 2:40
CLERK, U.S. DISTRICT COURT
N. DIST. OF CALIFORNIA

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
FBI, Special Agent Peter Adduci

☒ person is awaiting trial in another Federal or State Court, give name of court
San Mateo County Superior Court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form  JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  Owen Martikan

**DEFENDANT**

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☒ Is on Bail or Release from (show District)
San Mateo County Superior Court

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction  ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year  May 15, 2008
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:  Before Judge:

Comments:

1 | JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

2

3 | Attorney for Plaintiff

FILED
08 JUN 12 PM 2:40

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) Criminal No.: |
|---|---|
| Plaintiff, | ) CR 08 0392 |
| v. | ) VIOLATIONS: 18 U.S.C. § 1001(a)(3) – Use of False Document; 18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft |
| MARCEL ANTONIO GILTON, | ) SAN FRANCISCO VENUE |
| Defendant. | ) |

**PJH**

### INDICTMENT

The Grand Jury charges:

COUNT ONE:

18 U.S.C. § 1001(a)(3) – Use of False Document

On or about May 15, 2008, in the Northern District of California, in a matter within the jurisdiction of the Transportation Security Administration, an agency of the United States, the defendant,

MARCEL ANTONIO GILTON,

did knowingly and willfully make and use a material false writing and document by presenting to a Transportation Security Administration security screener a California Driver's License bearing

INDICTMENT




the name "Naishon Green," knowing the same to bear a materially false, fictitious and fraudulent statement and entry, in violation of Title 18, United States Code, Section 1001(a)(3).

COUNT TWO:    18 U.S.C. § 1028A(a)1 – Aggravated Identity Theft

On or about May 15, 2008, in the Northern District of California, the defendant,

MARCEL ANTONIO GILTON,

did knowingly possess and use, without lawful authority, a means of identification of another person during and in relation to a felony violation of Title 18, United States Code, Section 1001(a)(3), as alleged in Count One, in violation of Title 18, United States Code, Section 1028A(a)(1).

DATED:    A TRUE BILL.
6-12-08

_____
FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

_____
KYLE F. WALDINGER
Deputy Chief, Major Crimes Section

(Approved as to form: _____ )
AUSA MARTIKAN

INDICTMENT                    2