FILED

08 JUN 12 PM 2:39

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division

5  OWEN P. MARTIKAN (CSBN 177104)
   Assistant United States Attorney

7  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7241
   Facsimile: (415) 436-7234
   owen.martikan@usdoj.gov

Attorneys for Applicant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 08 0392 |
| Plaintiff, ) | |
| ) | UNITED STATES' MOTION TO SEAL INDICTMENT |
| v. ) | |
| ) | **UNDER SEAL** |
| MARCEL ANTONIO GILTON, ) | |
| Defendant. ) | |

The United States hereby moves the Court for an order sealing this Motion, the Indictment, Arrest Warrant, the Sealing Order, and all other related documents until further order of the Court. The government believes that disclosure of the existence of those documents may jeopardize ongoing investigations.

DATED: June 12, 2008

Respectfully Submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

OWEN P. MARTIKAN
Assistant United States Attorney

|     |     |
| --- | --- |
| 1   | **ORDER** |
| 2   | Based upon the motion of the government and for good cause shown, IT IS HEREBY |
| 3   | ORDERED that the government's Motion, the Indictment, Arrest Warrant and this Sealing Order |
| 4   | shall be sealed until further order of the Court. |

DATED: 12 June 08

HON. BERNARD ZIMMERMAN
United States Magistrate Judge

2