UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** July 30, 2008                                    **JUDGE:**  Phyllis J. Hamilton

**Case No:**  CR-08-392 PJH

**Case Name:**   UNITED STATES   v.  MARCEL ANTONIO GILTON (Present)

**Attorney for Plaintiff:**    Tom Mazzucco for Owen Martikan
**Attorney for Defendant:**  Hugh Levine

**Deputy Clerk:**  Nichole Heuerman               **Court Reporter**: Debra Pas

**PROCEEDINGS**

     Trial Setting-Held.  Defense counsel informs the court that there is a pending state court matter with the same charges.  Defense counsel's request to continue the matter 90 days to resolve the state court case first is granted by the court.  The court informs counsel that at the next hearing a motions briefing schedule or trial date will be set.  Time is excluded from 7/30/08 to 10/29/08 for effective preparation of counsel and for pending criminal charges (3161(h)(1)(D)).  The government to prepare order regarding exclusion of time.

**CASE CONTINUED TO:** October 29, 2008 at 2:30 p.m.  for Trial Setting .

--------------------------------------------------------------------------------------------------------------------
**EXCLUDABLE DELAY:** Category  Begins 7/30/08   Ends 10/29/08
--------------------------------------------------------------------------------------------------------------------

**cc:**    chambers