JOSEPH P. RUSSONIELLO (CNB 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

OWEN P. MARTIKAN (CSBN 177104)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7241
    FAX: (415) 436- 7234
    owen.martikan@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0392 PJH |
|     Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED]** |
|     v. ) | **ORDER EXCLUDING TIME** |
| ) | |
| MARCEL ANTONIO GILTON, ) | |
| ) | |
|     Defendant. ) | |

    On July 30, 2008, the parties in this case appeared before the Court for a status conference. The parties stipulated and the Court agreed that time should be excluded from the Speedy Trial Act calculations from July 30, 2008, through October 29, 2008, for effective preparation of defense counsel. The parties represented that granting the continuance was the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence, and because of other charges ending against the defendant. *See* 18 U.S.C. § 3161(h)(8)(B)(iv) and (h)(1)(D). The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendant in a

speedy trial. *See* 18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

                                         JOSEPH P. RUSSONIELLO
                                         United States Attorney

DATED: August 4, 2008                     /s/ Owen Martikan
                                         OWEN P. MARTIKAN
                                         Assistant United States Attorney


DATED: August 4, 2008                     /s/
                                         HUGH A. LEVINE, ESQ.
                                         Attorney for Marcel Antonio Gilton

## [PROPOSED] ORDER

As the Court found on July 30, 2008, and for the reasons stated above, an exclusion of time from July 30, 2008, through October 29, 2008, is warranted because the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(8)(A). The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. § 3161(h)(8)(B)(iv). The delay is also necessary due to proceedings relating to other charges pending against the defendant. See 18 U.S.C. § 3161(h)(1)(D).

SO ORDERED.

DATED: _____          _____
                                                        HON. PHYLLIS J. HAMILTON
                                                        United States District Judge