1  JOSEPH P. RUSSONIELLO (CNB 44332)
   United States Attorney
2
   BRIAN J. STRETCH(CABN 163973)
3  Chief, Criminal Division

4  OWEN P. MARTIKAN (CSBN 177104)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7241
7      FAX: (415) 436- 7234
       owen.martikan@usdoj.gov
8
   Attorneys for Plaintiff
9

10
                    IN THE UNITED STATES DISTRICT COURT
11
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
12
                            SAN FRANCISCO DIVISION
13

14 UNITED STATES OF AMERICA,        )   No. CR 08-0392 PJH
                                    )
15      Plaintiff,                  )
                                    )   **STIPULATION AND [PROPOSED]**
16      v.                          )   **ORDER EXCLUDING TIME**
                                    )
17 MARCEL ANTONIO GILTON,           )
                                    )
18      Defendant.                  )
                                    )
19 ─────────────────────────────────

20
21      On July 30, 2008, the parties in this case appeared before the Court for a status conference.

22 The parties stipulated and the Court agreed that time should be excluded from the Speedy Trial

23 Act calculations from July 30, 2008, through October 29, 2008, for effective preparation of

24 defense counsel. The parties represented that granting the continuance was the reasonable time

25 necessary for effective preparation of defense counsel, taking into account the exercise of due

26 diligence, and because of other charges ending against the defendant. *See* 18 U.S.C. §

27 3161(h)(8)(B)(iv) and (h)(1)(D). The parties also agreed that the ends of justice served by

28 granting such a continuance outweighed the best interests of the public and the defendant in a

1  speedy trial. *See* 18 U.S.C. § 3161(h)(8)(A).

2  SO STIPULATED:

4  JOSEPH P. RUSSONIELLO
United States Attorney

6  DATED: August 4, 2008                    /s/ Owen Martikan
OWEN P. MARTIKAN
7  Assistant United States Attorney

9  DATED: August 4, 2008                    /s/
HUGH A. LEVINE, ESQ.
10  Attorney for Marcel Antonio Gilton

## [~~PROPOSED~~] ORDER

As the Court found on July 30, 2008, and for the reasons stated above, an exclusion of time from July 30, 2008, through October 29, 2008, is warranted because the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(8)(A). The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. § 3161(h)(8)(B)(iv). The delay is also necessary due to proceedings relating to other charges pending against the defendant. See 18 U.S.C. § 3161(h)(1)(D).

SO ORDERED.

DATED:  8/5/08

*IT IS SO ORDERED*
Judge Phyllis J. Hamilton