UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR08-0392-PJH |
| | ) | |
| Plaintiff, | ) | [Proposed] |
| | ) | |
| v. | ) | ORDER MODIFYING CONDITIONS |
| | ) | OF PRETRIAL RELEASE |
| MARCEL ANTONIO GILTON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

A bail review hearing having been conducted on September 4, 2008, and good cause appearing, IT IS HEREBY ORDERED that the defendant's conditions of pretrial release be modified as follows:

1.   A curfew is imposed, requiring defendant to be in his residence between the hours of 9:00 p.m. and 6:00 a.m.;

2.   Defendant shall not possess or use any controlled substances, including marijuana for which he may have a medical-use prescription;

3. Defendant shall be subject to drug testing and counselling as ordered by Pretrial Services;

4. Upon prior notice to Pretrial Services, defendant may travel to and within Solano County for the purposes of visiting his children and attending school and other activities involving his children.

5. Defendant is ordered to appear before Magistrate Judge James on October 29, 2008 at 10:00 a.m. unless Pretrial Services has notified the Court that defendant is in full compliance with his conditions of pretrial release, in which case all parties and their counsel are excused from appearing before Magistrate Judge James.

Dated:   September 5, 2008

_____
MARIA ELENA JAMES
UNITED STATES MAGISTRATE JUDGE


Approved as to form:

[signature]

OWEN MARDIKAN
Assistant U.S. Attorney


[signature]

HUGH ANTHONY Levine
Attorney for Defendant

2