UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR08-0392-PJH |
| | ) | |
| Plaintiff, | ) | [Proposed] |
| | ) | |
| v. | ) | ORDER MODIFYING CONDITIONS |
| | ) | OF PRETRIAL RELEASE |
| MARCEL ANTONIO GILTON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Good cause appearing, IT IS HEREBY ORDERED that the defendant's conditions of pretrial release are modified as follows:

1. Only on those dates on which the defendant's son has a varsity football game scheduled to begin at 7:30 p.m., as shown on the Jesse Bethel High School football schedule attached as part of Document 19 filed in this action, the defendant's curfew is extended to 12:00 a.m. (midnight).

2. As to any other football game listed on said schedule, defendant's 9:00 p.m. curfew remains in effect.

The defendant shall be allowed to extend curfew until 11:00 p.m. to attend Home Games in Vallejo Only.

Dated:  September  24 , 2008



_____
MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

Approved as to form:

[signature]

OWEN MARTIKAN
Assistant U.S. Attorney


[signature]

HUGH ANTHONY Levine
Attorney for Defendant